UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARROLL BOLTON,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON, *et al*.,<br><br>  Defendants. | Case No.  C12-1234-RAJ<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation

(2) This matter is DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

(3) All of plaintiff's pending motions (Dkt. Nos. 8, 10, 12 and 13) are STRICKEN as moot.

ORDER DISMISSING ACTION
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 17th day of December, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2