UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARROLL BOLTON,<br><br>                Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>                Defendants. | Case No.   C12-1234-RAJ<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation

    (2)    This matter is DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

    (3)    All of plaintiff's pending motions (Dkt. Nos. 8, 10, 12 and 13) are STRICKEN as moot.

ORDER DISMISSING ACTION
PAGE - 1

01     (4)   The Clerk is directed to send copies of this Order to plaintiff and to the

02 Honorable James P. Donohue.

03     DATED this 17th day of December, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2